IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE: DEBORAH FAYE CHANTARUMPORN, Debtor     NO.     3:19-02388 H
    Chapter 13

## NOTICE OF APPEARANCE

NewRez LLC d/b/a Shellpoint Mortgage Servicing Servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THECERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2004-HYB5,MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-HYB5, a secured creditor, and states that its attorney is, Joshua I. Goldman, Mickel Law Firm, P.A., 222 2nd Avenue South, Suite 1700, Nashville, TN 37201.

Pursuant to Rule 2002 and 3017(a) of the Rules of Bankruptcy Procedure, creditor requests that copies of all notices, schedules, modifications and pleadings filed in this matter be sent to its attorney of record, and to creditor at its addresses stated herein.

           MICKEL LAW FIRM, P.A.
           222 2nd Avenue South, Suite 1700
           Nashville, TN 37201
           Phone: (615)514-0138
           Fax: (501)664-0631

           By:
               /s/ "Joshua I. Goldman"
               JOSHUA I. GOLDMAN
               Tennessee. Bar No. 035733

## CERTIFICATE OF SERVICE

      I, Joshua I. Goldman, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail, or via electronic notification:

**Debtor's Attorney**

J. Robert Harlan
HARLAN, SLOCUM & QUILLEN
PO BOX 949
Columbia, TN 38402-0949

**Office of the Chapter 13 Trustee**

Henry Edward Hildebrand, III
P. O. Box 340019
Nashville, TN 37203-0019

                                         /s/ "Joshua I. Goldman"
                                         JOSHUA I. GOLDMAN
                                         ATTORNEY FOR CREDITOR